John G. Friedmeyer, for appellant. A. M. Fitzgerald, for appellees.

Mr. Justice Waggoner delivered the opinion of the court.

---

**Charles J. Lemasters, appellee, v. Chicago-Springfield Coal Company, appellant.**

Action to recover for personal injuries to miner. Judgment for plaintiff. Appeal from the Circuit Court of Sangamon county; the Hon. Norman L. Jones, Judge, presiding. Heard in this court at the April term, 1918. Affirmed. Opinion filed April 29, 1919.

Timothy McGrath, for appellant; George B. Gillespie, of counsel. A. M. Fitzgerald, for appellee.

Mr. Justice Waggoner delivered the opinion of the court.

---

**James H. Barnhart, plaintiff in error, v. H. F. Chester et al., defendants in error.**

Action to recover for personal injuries by being struck by automobile. Judgment for defendants. Error to the Circuit Court of Champaign county; the Hon. Franklin H. Boggs, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed April 29, 1919.

Schneider & Schneider and W. G. Spurgin, for plaintiff in error. Green & Palmer, for defendant in error H. F. Chester.

Mr. Justice Waggoner delivered the opinion of the court.

---

**The Aultman & Taylor Machinery Company, defendant in error, v. Elmer E. Haulman and J. H. Haulman, plaintiffs in error.**

Action to recover on promissory notes. Judgment for plaintiff. Error to the Circuit Court of Macon county; the Hon. William K. Whitfield, Judge, presiding. Heard in this court at the October term, 1918. Reversed and remanded. Opinion filed April 29, 1919. Rehearing denied July 9, 1919.

E. J. Miller, for plaintiffs in error. Whitley & Fitzgerald and John A. Walgren, for defendant in error.

Mr. Justice Waggoner delivered the opinion of the court.

---

**Mont R. Fisher, appellant, v. Eugene Brown et al., appellees.**

Action to recover damages to land by obstruction to watercourse. Judgment for defendant on demurrer to declaration. Appeal from the Circuit Court of Tazewell county; the Hon. John M. Niehaus, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed April 29, 1919.

Charles S. Stubbles and Elmer J. Slough, for appellant. Winslow Evans, for appellees.

Mr. Justice Waggoner delivered the opinion of the court.

---

**William Unwiller, appellee, v. Lewis Jurgensmyer, appellant.**

Action to recover damages for communicating disease to plaintiff's

hogs. Judgment for plaintiff. Appeal from the Circuit Court of Vermilion county; the Hon. Augustus A. Partlow, Judge, presiding. Heard in this court at the October term, 1918. Reversed and remanded. Opinion filed April 29, 1919.

O. M. Jones, for appellant. Acton & Acton, for appellee.

Mr. Justice Waggoner delivered the opinion of the court.